AO 91 (Rev. 3/99) Criminal Complaint
AUSA Marshall

FILED

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA

MAR 0 9 2012


CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

V.

**CRIMINAL COMPLAINT**

Ray Chester Hall

Case Number: 2012-5008996

A-12-M-151

I, Randy Dear, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 7th, 2012 in Austin, Travis County, in the Western District of Texas, defendants did possess with the intent to distribute Cocaine, a schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:   [X] YES   [ ] NO

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 9th, 2012

Austin, Travis County, Texas

AT

Date

City and State

Andrew Austin, U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

AO 91 (Rev. 3/99) Criminal Complaint
AUSA Marshall

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

    I, Detective R.Dear#4422, am currently assigned to Austin Police Department's Narcotics Unit. It is my belief that the following statements are based upon information contained within Austin Police Department Incident Report number 12-5008996 and upon follow up investigation.

    On March 7, 2012, I obtained a "No Knock" search warrant from Judge Sage, of the 299th District Court. Narcotics Team II executed the search warrant at 5328 King Henry Drive, Austin, Travis County, Texas and located approximately 6.94 grams of powder cocaine within the residence. The team also located several digital scales with cocaine residue, several pieces of pyrex that had just been hand washed, a single fork, and several boxes of sandwich baggies. From my training and experience, these items are common tools used to make, weigh and the packaging of crack cocaine. Detective Nordstrom collected pieces of white powdery substance in the microwave oven. These pieces later tested positive for the presence of cocaine.

    The resident of 5328 King Henry Drive, Austin, Travis County, Texas 78724, Ray Chester Hall, a black male born May 2, 1974, was contacted in the bedroom. This is the bedroom where the powder cocaine was located. I read the Miranda warnings to Ray Chester Hall and his daughter, each indicated they understood the warnings. During the search, Hall stated, whatever is found in the house is "mine." This was in reference to the cocaine that was found in his bedroom.

    Detective Walker located a black Infinity parked on the street in front of Hall's residence. I had seen the black Infinity, Texas LP # CM8X079, in the past at 5328 King Henry Drive driveway. I have seen Hall's live in girlfriend (Anithra Garner) operating the Infinity during periods of surveillance. During the search warrant, I read Garner her Miranda warnings, which she said she understood. Garner told me that Hall was giving her the Infinity as a birthday gift. Garner indicated she had not driven the Infinity in the past three days. Sgt. Stephenson located the title to the Infinity on the couch in the living room of Hall's residence.

    From the outside of the Infinity, Detective Walker looked inside the vehicle to find any identifying paperwork, due to Hall denying the Infinity was his. Detective Walker located marijuana in plain view, inside the Infinity near the center console. I was unable to get Hall to provide the key to the Infinity and allow Detectives access. The rear passenger window was breached to gain access to seize the contraband marijuana. Detective Walker conducted probable cause search of the Infinity and located 103 grams of marijuana and 98 grams of crack cocaine hidden in the trunk.

    During the process of preparing Hall for transport to Travis County booking, the key to the Infinity was located in the pants pocket, which Hall was wearing. Detective Walker confirmed the key unlocked both the driver's door and the trunk of the Infinity. A large crack rock was also located in Hall's pants pocket in addition to the Infinity key.

AO 91 (Rev. 3/99) Criminal Complaint
AUSA Marshall

\

Detective Nordstrom conducted preliminary analysis on the suspected crack cocaine, the rocks weighed 98 grams and showed the presence of cocaine. Detective Nordstrom identified the marijuana by its appearance, texture and odor. The marijuana weighed 103 grams.

Ray Chester Hall has three prior felony convictions that have been confirmed through the District Clerks office. Two of the convictions are for felony Possession of Controlled Substance, and the other one is for felony evading in a vehicle. Hall has three misdemeanor convictions for assaultive offenses. Hall is currently in Travis County Jail for Possession of a controlled substance (98 grams) with a $100,000.00 cash surety bond.

Based on the above information, I believe probable cause exists to show that Ray Chester Hall have violated Title 21 United States Code, Section 841 (a)(1) in Austin, Travis County, Western Judicial District of Texas.